U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 2 2018

TONY R. MOORE  CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOE LEWIS, JR., Plaintiff | CIVIL ACTION NO. 1:18-CV-706-P |
| VERSUS | JUDGE DEE D. DRELL |
| 9TH JUDICIAL DISTRICT COURT, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's claims are DENIED and DISMISSED under §§ 1915(e)(2)(b) and 1915A, with prejudice to being asserted again until the conditions set forth in Heck v. Humphrey, 512 U.S. 477 (1994), have been met. See DeLeon v. City of Corpus Christi, 488 F.3d 649, 657 (5th Cir. 2007).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 2nd day of August, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE